# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE AHLQUIST, an Individual; and ALICE AHLQUIST, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TAKEDA PHARMACEUTICALS INTERNATIONAL, INC.; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER, INC.; TAKEDA SAN DIEGO, INC.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 5:11-cv-06203 JSW (PSGx)<br><br>Assigned to Hon. Ronald M. Whyte<br><br>**[] ORDER TO REMAND** |

**[] ORDER TO REMAND**

1  Upon consideration of the parties' stipulation, it is hereby ordered that this
2  action is **REMANDED** to the Superior Court of California, County of Santa Clara.
3  Each party shall bear their own costs and attorneys' fees incurred in connection
4  with the removal of this action and other proceedings in this Court.

5  **IT IS SO ORDERED.**

6  Dated: February '38, 2012

By: *Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge
Northern District of California

-1-
**[] ORDER TO REMAND**