**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENE AHLQUIST, an Individual; and ALICE AHLQUIST, an Individual, | Case No. 5:11-cv-06203 JSW (PSGx) |
| Plaintiffs, | Assigned to Hon. Ronald M. Whyte |
| vs. | **[] ORDER TO REMAND** |
| TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TAKEDA PHARMACEUTICALS INTERNATIONAL, INC.; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER, INC.; TAKEDA SAN DIEGO, INC.; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

**[] ORDER TO REMAND**

1  Upon consideration of the parties' stipulation, it is hereby ordered that this
2  action is **REMANDED** to the Superior Court of California, County of Santa Clara.
3  Each party shall bear their own costs and attorneys' fees incurred in connection
4  with the removal of this action and other proceedings in this Court.

5  **IT IS SO ORDERED.**

6  Dated:  February '38, 2012

   By:  *Ronald M. Whyte*
   The Honorable Ronald M. Whyte
   United States District Judge
   Northern District of California

-1-
**[] ORDER TO REMAND**